U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 JUL -6 PM 4: 10

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| CARLOS ALVAREZ ESPINO and MARCELA VERDUZCO BOTELLO, </br></br>Plaintiffs,</br></br>v.</br></br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; USCIS VERMONT SERVICE CENTER; LAURA B. ZUCHOWSKI, Director, USCIS Vermont Service Center in her official capacity,</br></br>Defendants. | Case No. 5:21-cv-21 |

## ENTRY ORDER

On July 6, 2021, the court held a hearing on the motion to dismiss filed by defendants U.S. Citizenship and Immigration Services, USCIS Vermont Service Center, and Laura Zuchowski, Director of the Service Center. (Doc. 9.)

Defendants' motion raises important issues concerning judicial review of the administrative procedures in place concerning the U nonimmigrant classification in general and as these affect the pending application of plaintiff Carlos Alvarez Espino. Plaintiffs have responded, and the Government has filed a reply brief. (Docs. 10, 12.)

The court will issue a ruling on the motion to dismiss within 90 days.

The potential removal of Mr. Alvarez by United States immigration authorities during this period would interfere with the court's adjudication of the legal issues raised and ably presented by the parties. The court will schedule a status conference in two weeks to confirm

that court has sufficient time to rule on the defendants' pending motion and that the case is not rendered moot by Mr. Alvarez's removal while the motion is pending.

Dated at Rutland, in the District of Vermont, this 6th day of July, 2021.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court